IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. FLOWERS,<br><br>    Plaintiff,<br><br>vs.<br><br>MARIN COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-04805 YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE CASE MANAGEMENT CONFERENCE STATEMENT AND GRANTING EXTENSION OF TIME TO COMPLY WITH COURT'S ORDER TO SHOW CAUSE WHY CLAIMS AGAINST UNSERVED NAMED DEFENDANTS SHOULD NOT BE DISMISSED** |

    Plaintiff filed this *pro se* civil rights action under 42 U.S.C. § 1983. On September 28, 2011, Plaintiff filed an application to proceed *in forma pauperis* (IFP). On October 25, 2011, however, Plaintiff paid the full filing fee of $350.00. In an Order dated February 2, 2012, the Court terminated his application to proceed IFP and ordered him to show proof of service on the named Defendants pursuant to Rule 4(m) of the Federal Rules of Civil Procedure or face dismissal of his claims against those Defendants. *See* Fed. R. Civ. P. 4(m).

    On March 7, 2012, Plaintiff filed a document entitled, "Request of Court Orders and Exstantions [sic] to Respond" (docket no. 7). In his March 7, 2012, filing, Plaintiff requests an extension of time in which to file his Case Management Conference Statement. Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may file his Case Management Conference Statement will be extended up to and including **thirty (30) days** from the date of this Order.

    In his March 7, 2012, filing, Plaintiff also requests that the Court excuse him from complying with its February 2, 2012 Order directing him to show proof of service on the named Defendants. Plaintiff states that it is difficult to comply with this Order because he is incarcerated. Plaintiff's request to be excused from meeting his legal obligation under Rule 4(m) is DENIED. The Court will, however, construe Plaintiff's filing as a request to extend the deadline by which he must comply with the Court's February 2, 2012 Order. Recognizing the fact that he is an incarcerated *pro se* litigant, the Court finds good cause exists to extend the deadline. Accordingly, this request is GRANTED. Within **thirty (30) days** from the date of this Order, Plaintiff shall file proof that he

1 has served the named Defendants. The failure to do so will result in the dismissal of all claims
2 against these named Defendants without prejudice.
3      This Order terminates Docket no. 7.
4      IT IS SO ORDERED.

DATED: May 25, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

**United States District Court**
For the Northern District of California