1

2

3

IN THE UNITED STATES DISTRICT COURT

4

FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

No. C 11-04805 YGR (PR)

JOSEPH J FLOWERS,

7

**JUDGMENT**

Plaintiff,

8

vs.

9

MARIN COUNTY, et al.,

10

Defendants.

11 _____/

12

13

14      For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

      IT IS ORDERED AND ADJUDGED

15

16      That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order,

and that each party bear its own costs of action.

17

      Dated at Oakland, California, this 2nd day of July, 2012.

18

19                                        RICHARD W. WIEKING
                                        Clerk of Court

20

21      By:   _Frances Stone_____

22                                        FRANCES STONE
                                        Deputy Clerk

23

24

25

26

27

28

**United States District Court**
For the Northern District of California